**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abraham Israel Sanchez,<br>    Petitioner,<br>v.<br>Jason Gunther,<br>    Respondent. | No. CV-24-02363-PHX-ROS<br>**ORDER** |

On January 29, 2025, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") concluding the Petition for Writ of Habeas Corpus should be dismissed without prejudice for lack of ripeness. (Doc. 13). Petitioner did not file any objections. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 13) is **ADOPTED IN FULL** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** a certificate of appealability and leave to proceed in forma pauperis on appeal are denied because dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable.

…

…

…

1   **IT IS FUTHER ORDERED** the Clerk of Court shall enter judgment in
2   Respondent's favor and close this case.
3   Dated this 27th day of March, 2025.

                                             Honorable Roslyn O. Silver
                                             Senior United States District Judge